IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE KAIPUST, Special Administrator of the Estate of Mark S. Kaipust, Jr., Deceased, and Special Administrator of the Estate of Taylor R. Kaipust, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>CRITICAL SUPPLY SOLUTIONS, INC., and YORKWIND CRAWFORD,<br><br>Defendants. | **8:22CV143**<br><br>**ORDER** |
| CHARLES HILLEBRANDT, JESSICA HILLEBRANDT, NOLAN HILLEBRANDT, CHARLENE STEHLIK, and FREDERICK STEHLIK,<br><br>Plaintiffs,<br><br>vs.<br><br>CRITICAL SUPPLY SOLUTIONS, INC., and YORKWIND CRAWFORD,<br><br>Defendants. | **4:23CV3067** |
| MATTHEW SHEFFIELD, Individually and as Parent and Next Friend of Sawyer Sheffield;<br><br>Plaintiff,<br><br>vs.<br><br>CRITICAL SUPPLY SOLUTIONS, INC., and YORKWIND CRAWFORD,<br><br>Defendants. | **4:23CV3115** |

The above-captioned cases arise out of the same motor vehicle accident. Defendant's insurance coverage is insufficient to cover all claims arising from that accident. Plaintiffs in the three cases are represented by different counsel; defense counsel is the same in all three cases. As to the Kaipust plaintiffs, a companion Illinois state court case is pending.

A lengthy conference call was held on July 12, 2023, to discuss how the cases should be progressed toward resolution. After considering the parties' respective arguments and concerns,

IT IS ORDERED:

1) The above-captioned cases are consolidated for the purposes of discovery.

2) All unexpired case progression deadlines are stayed pending further order of the court.

3) On or before July 26, 2023, the parties shall jointly advise the court (by email to the undersigned magistrate judge copied to all parties or by a jointly filed statement) as to whether they want the court to review the plaintiffs' respective damage claims with the goal of confirming that the available insurance coverage is inadequate and estimating each plaintiff's percent of the total damages collectively incurred by all plaintiffs.

4) The clerk shall set an internal case management deadline of July 26, 2023 to check on compliance with this order.

Dated this 13th day of July, 2023.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge