IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMIE KAIPUST, Special Administrator of the Estate of Mark S. Kaipust, Jr., Deceased, and Special Administrator of the Estate of Taylor R. Kaipust, Deceased; | **8:22CV143** |
| Plaintiff, | **ORDER** |
| vs. | |
| CRITICAL SUPPLY SOLUTIONS, INC., and YORKWIND CRAWFORD, | |
| Defendants. | |
| CHARLES HILLEBRANDT, JESSICA HILLEBRANDT, NOLAN HILLEBRANDT, CHARLENE STEHLIK, and FREDERICK STEHLIK, | **4:23CV3067** |
| Plaintiffs, | **ORDER** |
| vs. | |
| CRITICAL SUPPLY SOLUTIONS, INC., and YORKWIND CRAWFORD, | |

|  |  |
|---|---|
| Defendants. | |
| MATTHEW SHEFFIELD, Individually and as Parent and Next Friend of Sawyer Sheffield;<br><br>Plaintiff,<br><br>vs.<br><br>CRITICAL SUPPLY SOLUTIONS, INC., and YORKWIND CRAWFORD,<br><br>Defendants. | 4:23CV3115<br><br>ORDER |

The above-captioned cases arise out of the same motor vehicle accident. Defendant's insurance coverage is insufficient to cover all claims arising from that accident. Plaintiffs in the three cases are represented by different counsel; defense counsel is the same in all three cases. As to the Kaipust plaintiffs, a companion Illinois state court case is pending.

After a conference with the parties, the court ordered the cases consolidated for the purposes of discovery. At this time, new case progression deadlines are necessary.

IT IS ORDERED:

1)  Counsel for the parties shall confer and, on or before August 21, 2023, they shall jointly submit to chambers (zwart@ned.uscourts.gov) proposed case progression deadlines.

2)  On or before August 18, 2023, a party shall contact the chambers of the undersigned magistrate judge to set a conference call if the parties cannot agree on one or more of the deadlines and a planning conference is necessary.

Dated this 7th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge