IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES HILLEBRANDT, JESSICA HILLEBRANDT, NOLAN HILLEBRANDT, CHARLENE STEHLIK, and FREDERICK STEHLIK, | 4:23CV3067 |
| Plaintiffs, | ORDER OF DISMISSAL |
| vs. | |
| CRITICAL SUPPLY SOLUTIONS, INC., and YORKWIND CRAWFORD, | |
| Defendants. | |

This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice. ([Filing No. 26](#).) In accordance with the Stipulation,

**IT IS ORDERED** that Plaintiffs' claims are dismissed with prejudice, with each party to bear its own costs.

Dated this 16th day of July, 2024.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge